UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Louis Ambrose, | File No. 19-cv-1835 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, | |
| Defendant. | |

---

United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 11, 2020. ECF No. 18. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2. Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus [ECF No. 8] is **GRANTED**;

3. Petitioner Louis Ambrose's petition under 28 U.S.C. § 2254 for writ of habeas corpus [ECF No. 1] is **DISMISSED WITH PREJUDICE** as untimely.

4. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 2, 2020

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court